```
 1  DAVID J. COOK, ESQ. (State Bar # 060859)
    ROBERT J. PERKISS, ESQ (State Bar # 62386)
 2  COOK COLLECTION ATTORNEYS
    A PROFESSIONAL LAW CORPORATION
 3  165 Fell Street
    San Francisco, CA 94102
 4  Mailing Address: P.O. Box 270
    San Francisco, CA 94104-0270
 5  Tel.: (415) 989-4730
    Fax: (415) 989-0491
 6  File No. 43,465

 7  Attorneys for Plaintiff
    EVENT ENTERTAINMENT, INC.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVENT ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MANUAL NAVAEZ, individually and d/b/a SALON VERDES, <br><br> Defendant. | CASE NO. CV-98-0466-RMT (VAPx) <br><br> [PROPOSED] RENEWAL OF DEFAULT JUDGMENT |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

The judgment to and against Defendants MANUAL NAVAEZ, individually and d/b/a SALON VERDES, AND SALON VERDES, JOINTLY AND SEVERALLY, entered on 11/4/98 (copy attached) be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

```
    a. Total judgment                        $4,600.00
    b. Costs after judgment                  $   -0-
    c. Attorneys fees:                       $   -0-
    d. Subtotal (add a and b)                $4,600.00
    e. Credits after judgment                $   -0-
    f. Subtotal (subtract d from c)          $4,600.00
    g. Interest after judgment               $1,150.00
```

RENEWAL OF DEFAULT JUDGMENT - CASE NO. CV-98-0466-RMT (VAPx)              1

h. Fee for filing renewal application        $ -0-
i. **Total renewed judgment** *(add e, 5, and g)*   $5,750.00

DATED: 09/11/08           CLERK, by ____Lori Muraoka____,
                          Deputy

F:\USERS\DJCNEW\navaez.renewal